FILED
SUPERIOR COURT
OF GUAM

2014 MAR 26 PM 4: 46

CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

PABLO A. CERCENIA,

        Plaintiff,

    vs.

YOKO CERCENIA,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO. DM0205-10

**DECISION AND ORDER
ON MOTION FOR
RECONSIDERATION**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on January 27, 2014 on Plaintiff's Motion for Reconsideration. Plaintiff Pablo Cercenia was represented by Attorney Daniel Somerfleck. Defendant was represented by Attorney Jon Visosky. After a hearing, the matter was taken under advisement. The Court now issues its Decision and Order.

## BACKGROUND

On November 7, 2013, this Court set aside Judgments and Marital Settlement Agreement previously entered in this matter, citing deficiencies with service and representation of Defendant Yoko Cercenia, who was previously adjudicated incompetent in SP0083-09. On November 25, 2013, Plaintiff filed his Motion for Reconsideration, citing Rule 59 of the Guam Rules of Civil Procedure. Defendant filed her Opposition on December 23, 2013. In the Opposition, she argues that reconsideration is unwarranted under the standards for such a motion. For the reasons set forth below, the Court shall deny the motion.

## DISCUSSION

Plaintiff brings his motion pursuant to Rule 59 of the Guam Rules of Civil Procedure. The rule provides:

(e) Motion to Alter or Amend Judgment. Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment.

Guam R. Civ. P. 59(e). This rule does not apply, since this Court has already set aside the Judgment.

A motion for reconsideration of the decision on any motion may be made only on the grounds of:

(1) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or,

(2) the emergence of new material facts or a change of law occurring after the time of such decision, or,

(3) a manifest showing of a failure to consider material facts presented to the Court before such decision.

No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion. CVR 7.1(i).

Plaintiff offers no new facts which would bring the motion in compliance with the rules for motions for reconsideration. Instead, the Motion for Reconsideration largely echoes Plaintiff's Opposition to Set Aside the Judgment. As such, the motion fails to comply with the rule and on that basis shall be denied.

## CONCLUSION

For the reasons set forth above, Plaintiff's Motion for Reconsideration is hereby **DENIED**. This matter is set for a status hearing on April 28, 2014 at 2:00 p.m.

It is **SO ORDERED** this 27th day of March, 2014.

_____

HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam



**ORIGINAL**

SERVICE VIA COURT BOX

I acknowledge that a copy of the
original hereto was placed in the
court box of:

Somerfleck,
Vrocley

Date: 3/27/14 Time: 3p

Copier Clerk, Superior Court of Guam